A TRUE COPY I CERTIFY
James G. Woodward, Clerk

By: David L. Braun
Deputy Clerk

For the United States District Court
Eastern District of Missouri

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: GENETICALLY MODIFIED RICE
LITIGATION

MDL No. 1811

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO−53)**

On December 19, 2006, the Panel transferred 11 civil action(s) to the United States District Court for the Eastern District of Missouri for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* 466 F.Supp.2d 1351 (J.P.M.L. 2006). Since that time, 385 additional action(s) have been transferred to the Eastern District of Missouri. With the consent of that court, all such actions have been assigned to the Honorable Catherine D Perry.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Missouri and assigned to Judge Perry.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Eastern District of Missouri for the reasons stated in the order of December 19, 2006, and, with the consent of that court, assigned to the Honorable Catherine D Perry.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Missouri. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

Apr 28, 2011

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**IN RE: GENETICALLY MODIFIED RICE LITIGATION**

MDL No. 1811

### SCHEDULE CTO−53 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| ARKANSAS EASTERN | | | |
| ARE | 4 | 11−00318 | Abramson et al v. Bayer CropScience LP et al |